THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIX HOGS, LLC**                                                                                                **PLAINTIFF**

**v.**                                     **Case No. 4:20-cv-00338-KGB**

**JOHN DOE, doing business as SAMSONICO**
**INTERNATIONAL, INC., and SAMSONICO USA, LLC**                              **DEFENDANTS**

### ORDER

Before the Court is the status of this case. Currently pending before the Court are plaintiff Six Hogs, LLC's motion to dismiss and motion for leave to file reply in support of motion to dismiss (Dkt. Nos. 37, 39). Having conferred informally with counsel, the Court stays this case pending resolution of the parties' on-going settlement discussions. The Court directs the parties to submit to the Court a joint status report every 30 days from the entry of this Order informing the Court whether the parties are continuing their discussions, have reached resolution through settlement, or opt to request that the Court lift the stay to permit them to complete litigating this dispute. Accordingly, this case is removed June 7, 2021 trial calendar. If necessary, the Court will issue a new trial date and amended final scheduling order by separate order.

It is so ordered this 3rd day of March, 2021.

_____
Kristine G. Baker
United States District Judge