THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIX HOGS, LLC**                                                                                            **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00338-KGB**

**JOHN DOE, doing business as SAMSONICO
INTERNATIONAL, INC., and SAMSONICO USA, LLC**        **DEFENDANTS**

### ORDER

Before the Court is plaintiff Six Hogs LLC ("Six Hogs") and defendants John Doe, doing business as Samsonico International, Inc., and Samsonico USA, LLC's (jointly "Samsonico") joint motion to partially lift the stay of litigation in the above-styled case for purposes of briefing, under seal, their Joint Motion to Enforce Settlement (Dkt. No. 57). Specifically, the parties wish the Court to determine whether Six Hogs has provided all requested confidential information to satisfy the terms of the agreed upon settlement (*Id.*). Six Hogs claims that it has complied with the settlement disclosure requirements (*Id.*). Samsonico disagrees (*Id.*).

For good cause shown, the stay of litigation is partially lifted to allow for the following briefing schedule for the parties' Joint Motion to Enforce Settlement. The parties will file their respective briefs in support of the Joint Motion to Enforce Settlement by November 12, 2021. The parties must file any response briefs by November 19, 2021. Lastly, the parties will have until November 24, 2021 to file any reply briefs.

As the terms of this settlement are intended to be confidential, the parties are ordered to comply with the Court's procedures for submitting their briefs, or the relevant parts thereof, under seal to the Court as appropriate.

It is so ordered this 9th day of November, 2021.

                                                                 _____
                                                                 Kristine G. Baker
                                                                 United States District Judge